## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DOUGLAS MACKENZIE,**

CASE NO: **2:22–CV–01203–JAM–KJN**

v.

**WILLIAM J. PRASIFKA,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/27/2022**

                                        **Keith Holland**
                                        Clerk of Court

ENTERED: **September 27, 2022**

                              by: /s/ G. Michel
                                    Deputy Clerk